UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY FAIRLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:09-CV-406-FL |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF TRANSPORTATION ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Defendant's Motion for Summary Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 11, 2011, that Defendant's Motion for Summary Judgment is granted. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 11, 2011, and Copies To:**

Keith A. Bishop (via CM/ECF Notice of Electronic Filing)
Michael C. Byrne (via CM/ECF Notice of Electronic Filing)
Elizabeth N. Strickland (via CM/ECF Notice of Electronic Filing)
Tina A. Krasner (via CM/ECF Notice of Electronic Filing)

April 11, 2011           DENNIS P. IAVARONE, CLERK
                          /s/ Susan W. Tripp
                         (By) Susan W. Tripp, Deputy Clerk